[No. 31323-1-I. Division One. July 26, 1993.]

SAS AMERICA, INC., *Appellant*, v. ERNEST Y. INADA, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 91-2-22282-7, Charles W. Mertel, J., entered July 20, 1992. *Reversed* by unpublished opinion per Scholfield, J., concurred in by Pekelis, A.C.J., and Kennedy, J. Now published at 71 Wn. App. 261.

[No. 30559-0-I. Division One. July 26, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL JOSEPH SMITH, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 91-1-00729-5, David A. Nichols, J., entered March 25, 1992. *Reversed* by unpublished opinion per Coleman, J., concurred in by Webster, C.J., and Baker, J.

[No. 29235-8-I. Division One. July 26, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. CALVIN K. TICESON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 91-1-02307-3, Jim Bates, J., entered September 25, 1991. *Remanded* by unpublished opinion per Webster, C.J., concurred in by Scholfield and Kennedy, JJ.

[No. 29479-2-I. Division One. July 26, 1993.]

*In the Matter of the Marriage of* RITA TICEN, *Respondent, and* DAVID TICEN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 80-3-06739-1, Nancy A. Holman, J., entered October 3, 1991. *Reversed* by unpublished opinion per Kennedy, J., concurred in by Scholfield and Grosse, JJ.